UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case Number: 17-14046-CIV-MARTINEZ-MAYNARD

BOBO'S DRUGS, INC. d/b/a
DAVIS ISLANDS PHARMACY,
    Plaintiff,

vs.

LANE LABS-USA, INC.,
    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

**THIS MATTER** is before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice filed July 18, 2018 [ECF No. 21]. Upon consideration, it is

**ORDERED AND ADJUDGED**:

1. This action is **DISMISSED WITH PREJUDICE**. All parties shall bear their own attorney's fees and costs.

2. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 day of July, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record